UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SAM CLARK, JR. | CIVIL CASE NO. 6:25-CV-00381 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| JEFFREY M. LANDRY, ET AL | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 4], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this PETITION FOR WRIT OF HABEAS CORPUS [Doc. 1] be DENIED and DISMISSED WITH PREJUDICE because Petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

THUS DONE AND SIGNED in Chambers this 11th day of July, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE